```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 20-00816-RNO
Melissa A. Sock                                                     Chapter 13
          Debtor                 CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke            Page 1 of 2             Date Rcvd: Mar 03, 2020
                            Form ID: ntgen             Total Noticed: 44
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
```
db              #Melissa A. Sock,    502 Front St,    Warrior Run, PA  18706-1136
cr              +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
5308333         +ACAR Leasing LTD,   d/b/a GM Financial Leasing,    PO Box 183853,    Arlington TX 76096-3853
5308301          Barclays Bank Delaware,    c/o Phillips & Cohen Assoc LTD Mail,    1002 Justison St Stop 661,
                  Wilmington, DE  19801-5148
5308302          Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE  19899-8803
5308303          Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO  63179-0441
5308304          Bryan J. Polas, Esquire,    501 Corporate Drive Southpoint Ctr,    Ste 205,
                  Canonsburg, PA  15317
5308328          Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5308338          Credit First NA,    PO Box 818011,    Cleveland, OH  44181-8011
5308298          Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA  18701-2588
5308311          Dressbarn,   Retail Services,    PO Box 30258,    Salt Lake City, UT  84130-0258
5308312          FirstSource Advantage LLC,    205 Bryant Woods S,    Amherst, NY  14228-3609
5308313          GM Financial Leasing,    PO Box 100,    Williamsville, NY  14231-0100
5308314          GM Financial Leasing,    PO Box 181145,    Arlington, TX  76096-1145
5308316          Kost Tire & Auto Services,    c/o CFNA,    PO Box 81315,    Cleveland, OH  44181-0315
5308317          MRS BPO LLC,    1930 Olney Ave,    Cherry Hill, NJ  08003-2016
5308319          Northstar Location Services, LLC,    4285 Genesee St,    Cheektowaga, NY  14225-1943
5308321          Professional Account Services, Inc.,    PO Box 188,    Brentwood, TN  37024-0188
5308323          Quicken Loans,    PO Box 442359,    Detroit, MI  48244-2359
5308296          Sock Kiley T,    502 Front St,    Warrior Run, PA  18706-1136
5308297          Sock Melissa A,    502 Front St,    Warrior Run, PA  18706-1136
5308325          TD Bank USA NA,    700 Target Pkwy,    Brooklyn Park, MN  55445
5308326          The Palms Ctry Club & Resort Condominum,    Maintenance Fee Department,    PO Box 8526,
                  Coral Springs, FL  33075-8526
5308335          eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5308300          E-mail/Text: legal@arsnational.com Mar 03 2020 19:09:06      ARS National Services,
                  PO Box 469046,    Escondido, CA  92046-9046
5308299          E-mail/Text: mnapoletano@ars-llc.biz Mar 03 2020 19:09:23      Ability Recovery Services LLC,
                  PO Box 4262,    Scranton, PA  18505-6262
5308306          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 03 2020 19:10:50      Capital One,
                  PO Box 85619,    Richmond, VA  23285-5619
5308305          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 03 2020 19:10:33      Capital One,
                  PO Box 30285,    Salt Lake City, UT  84130-0285
5308308         +E-mail/Text: mediamanagers@clientservices.com Mar 03 2020 19:09:01      Client Services, Inc.,
                  3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
5308309          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 03 2020 19:09:07
                  Comenity Bank/Victoria's Secret,    PO Box 182273,    Columbus, OH  43218-2273
5308310          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 03 2020 19:09:07
                  Comenity Capital Bank/Zales Jewelers,    PO Box 183003,    Columbus, OH  43218-3003
5308307          E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 03 2020 19:10:51      Chase,    PO Box 15298,
                  Wilmington, DE  19850-5298
5308315          E-mail/Text: bncnotices@becket-lee.com Mar 03 2020 19:09:03      Kohls/Captial One,
                  PO Box 3115,    Milwaukee, WI  53201-3115
5308336         +E-mail/Text: bankruptcydpt@mcmcg.com Mar 03 2020 19:09:11      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
5308331         +E-mail/Text: bankruptcydpt@mcmcg.com Mar 03 2020 19:09:11      Midland Funding, LLC,
                  Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                  Warren, MI 48090-2011
5308318          E-mail/PDF: pa_dc_claims@navient.com Mar 03 2020 19:10:42      Navient,    PO Box 9635,
                  Wilkes Barre, PA  18773-9635
5308337          E-mail/PDF: pa_dc_claims@navient.com Mar 03 2020 19:10:42
                  Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                  Wilkes-Barre, PA 18773-9635
5308320          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2020 19:10:43
                  Portfolio Recovery Associates, LLC,    Disputes Department,    140 Corporate Blvd,
                  Norfolk, VA  23502-4952
5308332          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2020 19:10:42
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5308327         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2020 19:10:42
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5308330         +E-mail/Text: bankruptcynotices@psecu.com Mar 03 2020 19:09:21      PSECU,    PO BOX 67013,
                  HARRISBURG, PA  17106-7013
5308322          E-mail/Text: bankruptcynotices@psecu.com Mar 03 2020 19:09:21      PSECU,    1500 Elmerton Ave,
                  Harrisburg, PA  17110-9214
5308329         +E-mail/Text: bankruptcyteam@quickenloans.com Mar 03 2020 19:09:18      Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
5308324          E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2020 19:10:33      Synchrony Bank/JCP,
                  PO Box 965007,    Orlando, FL  32896-5007
                                                                                              TOTAL: 20
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5308334*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          David J. Harris    on behalf of Debtor 1 Melissa A. Sock dh@lawofficeofdavidharris.com,
           davidharrisesqign@gmail.com
          James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Lisa M. Doran    on behalf of Debtor 1 Melissa A. Sock ldoran@dorananddoran.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                    TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Melissa A. Sock
aka Melissa Elliott

**Debtor 1**

Chapter: 13

Case number: 5:20−bk−00816−RNO

Document Number: 41

Matter: Order Granting Motion to Sever Chapter 13 Case

## Notice

NOTICE is hereby given that:

An Order was entered on 3/3/20 severing this debtor from case number 5−18−bk−02246. The case was severed for the administrative purpose of recording information which applies to only one of the parties on the joint petition.

The new bankruptcy case number for the above−referenced debtor is 5:20−bk−00816−RNO . Please make a note of the new case number for your records. This case number should be consulted for any future activity pertaining to this debtor.

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CourtneyWojtowicz, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: March 3, 2020

ntgen(05/18)