```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00816-RNO
Melissa A. Sock                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 1         Date Rcvd: Mar 11, 2020
                        Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
db           #Melissa A. Sock,   502 Front St,   Warrior Run, PA  18706-1136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James  Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        Lisa M. Doran   on behalf of Debtor 1 Melissa A. Sock ldoran@dorananddoran.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        William E. Craig   on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing   ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MELISSA A. SOCK,　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　Case No.: 5:20-bk-00816-RNO
　　　　　　　　Debtors

**ORDER**

Upon consideration of the Motion to Convert Case from Chapter 13 to Chapter 7 of the Debtor, MELISSA A. SOCK, pursuant to 11 U.S.C. §1307,

**IT IS HEREBY ORDERED and DECREED** that, the Motion is hereby approved and the Debtor's' case is converted from Chapter 13 to Chapter 7.

Dated:　March 11, 2020　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　_Robert N. Opel, II_
　　　　　　　　　　　　　　　　　　Robert N. Opel, II, Bankruptcy Judge　(BI)