```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                       Case No. 20-00816-RNO
Melissa A. Sock                                                              Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0314-5      User: AutoDocke       Page 1 of 1        Date Rcvd: Mar 17, 2020
                          Form ID: pdf010       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.
        Lisa M. Doran,   Doran & Doran, P.C.,   69 Public Square, Suite 700,   Wilkes-Barre, PA 18701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
        David J. Harris   on behalf of Debtor 1 Melissa A. Sock dh@lawofficeofdavidharris.com,
   davidharrisesqign@gmail.com
        James  Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com,   PA41@ecfcbis.com;psheldon@sheilslaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        William E. Craig   on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
   ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                                                                      TOTAL: 5

# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

In re:  }
 }  **Case Number 5-20-bk-00816-RNO**
**Melissa Sock aka Melissa Elliott,**  }  Chapter 7
 }
    Debtor  }

## Order

Upon Motion of Lisa M. Doran, Esquire, of Doran & Doran, P.C., for authority to withdrawal as counsel to the Debtor, Melissa Sock, and after good cause having been given, it is

**Hereby Ordered** that Lisa M. Doran, Esquire is granted leave to withdraw as counsel as requested

Dated: March 16, 2020          By the Court,

                                                   Robert N. Opel, II, Bankruptcy Judge  BI