Certificate Number: 16339-PAM-DE-034427488

Bankruptcy Case Number: 20-00816


16339-PAM-DE-034427488

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 7, 2020, at 1:01 o'clock AM EDT, Melissa A Sock completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 7, 2020

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor