In re:  
Melissa A. Sock  
    Debtor

Case No. 20-00816-RNO  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Jul 08, 2020  
                         Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.  
db           #Melissa A. Sock,    502 Front St,    Warrior Run, PA   18706-1136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:  
          David J. Harris    on behalf of Debtor 1 Melissa A. Sock   dh@lawofficeofdavidharris.com,  
           davidharrisesqign@gmail.com  
          James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc.  bkgroup@kmllawgroup.com  
          Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,   PA41@ecfcbis.com;psheldon@sheilslaw.com  
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
          William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing  
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
                                                                                                                                                  TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Melissa A. Sock,<br>aka Melissa Elliott, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:20−bk−00816−RNO |

Social Security No.:
    xxx−xx−3864

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

    **Robert P. Sheils, Jr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 8, 2020      By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)